IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Criminal Action:   13-mj-01138-MEH | Date:   January 28, 2014 |
| Courtroom Deputy:   Cathy Pearson | Probation:   Gary Kruck |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Jaime Peña |
| Plaintiff, | |
| v. | |
| ERIC JENSEN (1) and | Forrest Lewis |
| RYAN JENSEN (2), | Richard Banta |
| Defendants. | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   9:04 a.m.

Appearances of counsel.

Defendants present on bond.

The Government addresses the Court regarding sentencing.

Victims' family members address the Court.

10:17 a.m.   Court in recess.
10:26 a.m.   Court in session.

Mr. Lewis and Mr. Banta address the Court regarding sentencing.

Discussion held regarding home detention and electronic monitoring.

Statement by the court regarding defendants' offense levels, criminal history levels, and sentencing guidelines range.

Court states its findings and conclusions.

Defendants entered pleas on October 22, 2013, to Counts One through Six of the Information.

**ORDERED:** Defendant Eric Jensen's Request for Below Advisory Guidelines Sentence (Doc. 38, filed 1/14/14) and Defendant Ryan Jensen's Motion for Variation/Non-Guideline Sentence and Sentencing Statement (Doc. 39, filed 1/14/14) are DENIED.

**ORDERED:**
1. Defendant Eric Jensen shall be sentenced to a period of five (5) years' probation as to Counts One through Six, to run concurrently.

2. Defendant Ryan Jensen shall be sentence to a period of five (5) years' probation as to Counts One through Six, to run concurrently.

**ORDERED:** **Conditions** of Probation as to both Defendants unless otherwise indicated:
- (**X**) Defendants shall not commit another federal, state or local crime.
- (**X**) Defendants shall not illegally possess controlled substances.
- (**X**) **Defendant Ryan Jensen** shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendants shall not possess a firearm or destructive device.
- (**X**) Defendants shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendants shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED **for Defendant Eric Jensen** because the presentence investigation report indicates a low risk of future substance abuse by Defendant Eric Jensen.

**ORDERED:** **Special Conditions** of Probation as to both Defendants unless otherwise indicated:
- (X) **Defendant Ryan Jensen** shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. **Defendant Ryan Jensen** shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
- (X) Defendants shall comply with the terms and conditions for payment of the special assessment, restitution, or fine imposed by this judgment.
- (X) Defendants shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (X) Defendants shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.

      (X)      Defendants shall be placed on home detention for a period of six (6) months, to commence within 21 days of sentencing.  During this time, the defendants shall remain at their places of residence except for employment and other activities approved in advance by the probation officer.

      (X)      Defendants shall comply with all court orders, conditions of any civil or criminal judgment imposed in federal court.

      (X)      Defendants shall complete 100 hours of community service.

**ORDERED:** Defendants shall pay restitution in the amount of **$25,000 per count, for a total of $150,000.**  Within 60 days within placement on probation, Defendants shall meet with the probation officer to develop a plan for payment of restitution.

**ORDERED:** **No fine** is imposed because Defendants have no ability to pay a fine.

**ORDERED:** Defendants shall pay **$150.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendants advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** BOND IS EXONERATED.

**Court in recess:** 11:30 a.m.        Hearing concluded.        Total time:    2:17